1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| SHAUNA SHOOP, et al., | ) | 1:010cv1049 LJO DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER RESETTING MANDATORY |
| | ) | SCHEDULING CONFERENCE |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | Date:   Monday, June 28, 2010 |
| CO., | ) | Time:  9:00 a.m. |
| | ) | Courtroom 9 |
| | ) | |
| Defendant. | ) | |
| | ) | |

9
10
11
12
13
14
15
16

17    This action was removed to this Court on June 10, 2010.  Pursuant to the Court's June 10,

18  2010, order, a Scheduling Conference is currently set for September 2, 2010.

19    Plaintiffs have informed the Court that a foreclosure sale of their home is set for July 1,

20  2010.  Therefore, the Court MOVES the Mandatory Scheduling Conference to June 28, 2010, at

21  9:00 a.m., in Courtroom 9.

22    Plaintiffs are also informed that if they wish to move forward with a request for a

23  temporary restraining order, the motion must be re-filed before the Honorable Lawrence J.

24  O'Neill, United States District Court Judge.  Local Rule 231.

25

26    IT IS SO ORDERED.

27    **Dated:**   **June 18, 2010**             **/s/ Dennis L. Beck**

28                                        UNITED STATES MAGISTRATE JUDGE

1