1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SHAUNA SHOOP, et al.,                          CASE NO. CV F 10-1049 LJO DLB

12                    Plaintiffs,                    **ORDER TO DENY INJUNCTIVE RELIEF**
            vs.                                      (Doc. 14.)

13   DEUTSCHE BANK NATIONAL
14   TRUST COMPANY,

15                    Defendants.
     _____/

16

17          This Court's June 28, 2010 order ("June 28 order") dismissed with prejudice plaintiffs Shauna

18   Shoop and James Shoop's (collectively "plaintiffs'") action against defendant Deutsche Bank National

19   Trust Company ("Deutsche Bank") on grounds that plaintiffs' claims against Deutsche Bank are

20   meritless and time barred.  After entry of the June 28 order, plaintiffs filed papers to seek relief to enjoin

21   the non-judicial foreclosure sale of their Angels Camp, California property.

22          Plaintiffs fail to demonstrate that they are entitled to injunctive relief.  The purpose of a

23   preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the

24   moving party that justice requires the court to intervene to secure the positions until the merits of the

25   action are ultimately determined.  *University of Texas v. Camenisch*, 451 U.S. 390, 395 (1981).  A

26   preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable

27   success and the possibility of irreparable harm, or (2) that serious questions are raised and the balance

28   of hardship tips in its favor."  *Arcamuzi v. Continental Air Lines, Inc.*, 819 F. 2d 935, 937 (9th Cir.

                                                    1

1   1987).  Under either approach the plaintiff "must demonstrate a significant threat of irreparable injury."

2   *Arcamuzi*, 819 F.2d at 937.  Also, an injunction should not issue if the plaintiff "shows no chance of

3   success on the merits." *Arcamuzi*, 819 F.2d at 937.  At a bare minimum, the plaintiff "must demonstrate

4   a fair chance of success of the merits, or questions serious enough to require litigation." *Arcamuzi*, 819

5   F.2d at 937.

6          With dismissal of this action, plaintiffs are unable to demonstrate probable success on their

7   claims, questions serious enough to require litigation, or significant threat of irreparable injury to warrant

8   denial of injunctive relief.  The requested injunctive relief would be a hardship to Deutsche Bank which

9   seeks to exercise its rights to foreclose the property despite plaintiffs' meritless claims.

10         For the reasons discussed above, this Court DENIES plaintiffs injunctive or other relief to enjoin

11  foreclosure proceedings.

12         IT IS SO ORDERED.

13  **Dated:   June 29, 2010**                     _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28